CHONG BUM PARK
4214 KONYA DR,
TORRANCE, CA 90503

Bar No.: 213-663-8899

Attorney(s) for
DEFENDANT IN PRO PER

FILED
2021 APR -9 AM 11: 14

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CARMEN JOHN PERRI

    Plaintiff(s)

vs.

CHONG BUM PARK. SHARON NAMCHO PARK
DOES 1 TO 10,

    Defendant(s)

No. 2-21-CV-02384 PSG
DEFENDANT'S ANSWER TO
PLAINTIFF'S COMPLAINT

COMES NOW Defendants, Chong Bum Park, Sharon Namcho Park answer to plaintiff's complaint as follows :

## FIRST AFFIRMATIVE DEFENSE

( FAILURE TO STATE A CAUSE OF ACTION )

Each of the complaint's cause of action failes to state facts suficient to constitue a cause of action against this answering defendant.

## SECOND AFIRMATIVE DEFENSE

( NO ACTUAL KNOWLEDGE OF FACTS )

These answering defendant was not aware of the alleged facts, if any, which plaintiff contend in the complaint was supressed from or incorrectly communicated to plaintiff during the subject matter. There was no physical appearence on the premises or entered into it.

## THIRD AFFIRMATIVE DEFENSE

### (COMPARATIVE NEGLIGENCE))

As a separative affirmative defense to the complaint and each cause of action contained therein, Defendant alleges that plaintiff is barred from any recovery or relief on the basis tha its own negligence was a sole and proximate cause of any damages it may have sustained or would sustain, but in the event a determination is made that negligence exists on the part of these answering defendant which proximately contributed to plaintffs damages, if any, the amount of recovery, if any of plaintiff herein shall be reduced on the basis of plaintiff's own comparative negligence, which contributed to the damages upon which recovery is being sought by plaintiff against these answering defendant

## FOURTH AFFIRMATIVE DEFENSE

### (ESTOPPEL &JUSTIFICATION)

As to each cause of action alleged in the complaint, plaintif is estopped from seeking relief therein due to its own acts or omission with reference to the subject matter of the complaint.

## FIFTH AFFIRMATIVE DEFENSE

### (WAIVER)

The Plaintiff has engaged in conduct and activities sufficient to constitute a waier of any alleged breach of contract, negligence, or any other conduct, if any, as set forth in the complaint.

WHEREFORE, Defendant pray judgment against plaintiff as follows ;

## SIXTH AFFIRMATIVE DEENSE

### ( EVIDENSE CODE )

plaintiff by its action and conduct is estopped from making a request a request for the relief contained in the complaint in that

whenever a party by its own statement/conduct,intentionally and deliveratly lead another to believe a particular things true to act.

## SEVENTH AFFIRMATIVE DEFENSE

### (APPORTIONMENT OF FAULT)

All of the facts and or omission alleged in the complaint were solely,entirely,and fully those of other defendant and or partis,named or unnamed therein,whether served or unserved,other than these answering defendant and,therefore,such parties are fullu and solely liable to plaintiff. As a result,these answering defendant is entitled to total indemnification from said parties including,but not limited to, any and all damages,cost and attorney fees.that these ansering defendant may sustain as a result of plaintiff's claims.Plaintiff contributory negligence and or fault shall reduce any and all damages sustained by plaintiff.

## EIGHTH AFFIRMATIVE DEFENSE

### (NO BASIS FOR SPECIAL DAMAGE)

These anwsering defendant at all times acted in a proper,lawful and legally permitted fashion without malice or oppression. They excercised and possessed that degree of skill,care and knowledge required of any lisensee,therfore,there is not a basis upon which to award punitive or exemplary damages against these answering defendant.

WHEREFORE,defendant pray judgment against plaintiff as follows;

    1. For plaintiff take $2,000.00 against defendant;

    2. For reasonable attorney's fee if we go to trial;

    3. For such and others as the court may deem just and proper.

Dated : 03/18/2021

Chong Bum Park,Sharon Namcho Park .Defendants in Pro Per

**PROOF OF SERVICE BY MAIL**
1013A (3) C.C.P. revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action: my business address is _____
3010 WILSHIRE BLVD, #428
LOS ANGELES, CA 90010.

On __04/08/2021__ I served the foregoing document described as __ANSWER__ on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

MANNING LAW, Joseph R. Manning
20062 SW Birth St. #200
Newport Beach, CA 92660

__X__ BY MAIL

__X__ I deposited such envelope in the mail at __L.A.__, California. The envelope was mailed with postage thereon fully prepaid.

_____ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on __04/08/21__, at __L.A.__, California.

__X__ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____ (Federal) I declare that I am emplyed in the office of a member of the bar of this court at whose direction the service was made.

Signature _____
Spencer Chuzi